IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. 05-cv-01656-OES

OCT - 4 2005

C. ELI-JAH HAKEEM MUHAMMAD, a.k.a. CHRISTOPHER MITCHELL, GREGORY C. LANGHAM
CLERK

Plaintiff,

v.

R. WILEY, ADX-WARDEN, et al.,

Defendant.

---

## ORDER DISMISSING CASE

---

On September 20, 2005, Plaintiff C. Eli-Jah Hakeem Muhammad, a.k.a.

Christopher Mitchell, filed a "Plaintiff's Motion for Voluntary Dismissal and Dismissal

without Prejudice." In the Motion, Plaintiff states that he intends to file the claims he

has asserted in the instant action in an amended complaint in Case No. 05-cv-1512-

OES. Accordingly, the Court will construe the Motion as a Notice of Voluntary

Dismissal filed pursuant to Rule 41(a)(1) and dismiss the action.

Fed. R. Civ. P. 41(a)(1) provides that "an action may be dismissed by the plaintiff

without order of court (i) by filing a notice of dismissal at any time before

service by the adverse party of an answer or of a motion for summary judgment . . . ."

No answer has been filed by Defendant in this action.

Further, a voluntary dismissal under Rule 41(a)(1) is effective immediately upon

the filing of a written notice of dismissal, and no subsequent court order is necessary.

See J. Moore, Moore's Federal Practice ¶ 41.02(2) (2$^d$ ed. 1995); **Hyde Constr. Co. v.**

*Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968).  The Notice, therefore, closes the file

as of September 20, 2005.  *See Hyde Constr. Co.*, 388 F.2d at 507.  Accordingly, it is

ORDERED that the Motion for Voluntary Dismissal is construed as a Notice of

Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1).  It is

FURTHER ORDERED that the voluntary dismissal is without prejudice and is

effective as of September 20, 2005, the date Plaintiff filed the Notice in the action.

DATED at Denver, Colorado, this _3_ day of _____October_____, 2005.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.  05-cv-01656-OES

C. Elijah Hakeem Muhammad
aka Christopher Hijrah Mitchell
Reg. No. 02791-088
ADX - Florence
PO Box 8500
Florence,  CO 81226


        I hereby certify that I have mailed a copy of the      **ORDER** to the above-named
individuals on_10/4/05_

GREGORY C. LANGHAM, CLERK

By:_____
                            Deputy Clerk